UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TARA CHAMBLESS,

                Plaintiff,                        19 CIVIL 1724 (VEC)

        -against-                               **JUDGMENT**

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,
                               Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 14, 2020, Plaintiff's motion for judgment on the pleadings is GRANTED. Defendant's cross-motion for judgment on the pleadings is DENIED. This case is REMANDED for further proceedings consistent with Judge Cott's Report and Recommendation. Because the R&R gave the parties adequate warning, see R&R at 42, Defendant's failure to file adequate objections to the R&R precludes appellate review of this decision; accordingly, the case is closed.

**Dated:** New York, New York
           May 14, 2020

                                                  RUBY J. KRAJICK

                                                    Clerk of Court
                           BY:
                                                      Deputy Clerk