USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TARA CHAMBLESS,

              Plaintiff,

        - against -

ANDREW M. SAUL, *Commissioner of Social Security*,

             Defendant.
------------------------------------------------------------X

**ORDER**

19-CV-1724 (VEC) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

    By Order dated May 14, 2020, this action was remanded to the Commissioner of Social Security for further administrative proceedings. Dkt. No. 22. Thereafter, on June 9, 2020, plaintiff moved for attorney's fees pursuant to 28 U.S.C. § 2412. Dkt. No. 24. To date, the Commissioner has not responded to the pending motion. Accordingly, the Commissioner is directed to file opposition papers to plaintiff's motion or, alternatively, submit a stipulation resolving the application for attorney's fees no later than **July 20, 2020**.

    **SO ORDERED.**

Dated: July 8, 2020
      New York, New York

_____
JAMES L. COTT
United States Magistrate Judge